UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>HENRY M. HALL,<br><br>                Defendant. | Case No. **9:20-PO-5044-KLD**<br>          **9:20-PO-5078-KLD**<br><br>VIOLATION:    F4864922<br>                         F4864430<br><br>DISPOSITION CODE:  PE<br><br>ORDER ACCEPTING<br>PAYMENT PLAN |

Defendant contacted the court asking to set up a payment plan for the above violations. Defendant has agreed to make payments on the total collateral of both violations in the amount of $660.00.

**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $660.00, and shall do so by making payments at the rate of $25.00 per month. Defendant shall make his payments on or before the 15th day of each month beginning on August 15, 2021, and continuing thereafter until paid in full.

Defendant is directed to send his payments to the following:
Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

To ensure the payments are credited to the proper violation notice,

Defendant's payments shall reference the violation notice(s) number listed above.

Alternatively, Defendant may make his payments through the website at www.cvb.uscourts.gov.

Defendant is advised that if he fails to pay the collateral as ordered the Court may issue a warrant for his arrest.

DATED this 14th day of July, 2021.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge